**Garfield J. LADD, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2013–7079.

United States Court of Appeals, Federal Circuit.

Feb. 12, 2014.

Zachary M. Stolz, Chisholm Chisholm & Kilpatrick, Ltd., of Providence, Rhode Island, argued for claimant appellant. With him on the brief was Thomas R. Bender. Of counsel was Robert V. Chisholm.

L. Misha Preheim, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With him on the brief were Stuart F. Delery, Assistant Attorney General, Bryant G. Snee, Acting Director, and Martin F. Hockey, Jr., Assistant Director. of counsel on the brief were David J. Barrans, Deputy Assistant General Counsel,

and Meghan D. Alphonso, Attorney, United States Department of Veterans Affairs, of Washington, DC.

DYK, PROST, and O'MALLEY, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**